**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

GREGORY KELLY,

                Plaintiff,

vs.

JODY MARIE CUOMO,

                Defendant.

2:18-cv-00923-JAD-VCF
**<u>ORDER</u>**

Before the court is pro se Plaintiff Gregory Kelly's Motion For Pro Se Litigant To File Electronically (ECF No. 2).

Accordingly, and for good cause shown,

IT IS ORDERED that pro se Plaintiff Gregory Kelly's Motion For Pro Se Litigant To File Electronically (ECF No. 2) is GRANTED with the following provisions:

1.     On or before November 8, 2019, Plaintiff must provide

       certification that he has completed the CM/ECF tutorial and is familiar with

       Electronic Filing Procedures that are accessible on this court's website under the Local

       Rules Part IC-Electronic Case Filing.

2.     Plaintiff is not authorized to file electronically until said

       certification is filed with the Court within the time frame specified.

3.     Upon timely filing of the certification, Plaintiff must

contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 25th day of October, 2019.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE