# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

GREGORY KELLY,

                Plaintiff,

vs.

JODY MARIE CUOMO,

                Defendant.

2:18-cv-00923-JAD-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Supplement Proceedings (Examination of Judgment Debtor) (ECF NO. 10).

The proposed order does not comply with NRS 21.270.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Supplement Proceedings (Examination of Judgment Debtor) (ECF NO. 10) is DENIED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 2:00 PM, October 28, 2020, in Courtroom 3D, at the United States District Court, Lloyd D George Courthouse, 333 Las Vegas Boulevard S, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Gregory Kelly's presence at the 2:00 PM, October 28, 2020 hearing, is required.

The Clerk is directed to mail a copy of this order to Gregory Kelly.

DATED this 6th day of October, 2020.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE