**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GREGORY KELLY,

    Plaintiff(s),

v.

JODY MARIE CUOMO,

    Defendant(s).

2:18-cv-00923-JAD-VCF

**ORDER**

Before me are Defendant and Non-Party Frank Silver, MD's Notice of Renewal of Motions (ECF No. 55, 56, 57, and 58) to modify subpoena (ECF No. 46); to quash subpoena, or alternatively modify subpoena (ECF No. 48); for protective order; and for monetary sanctions (ECF Nos. 77, 78, 79, and 80),

These four motions, addressing post judgment discovery, are fully briefed. My order entered on April 2, 2021, denied similar discovery motions without prejudice, pending plaintiff's appeal to the Ninth Circuit. ECF No. 62. Plaintiff's appeal has been dismissed. (ECF No. 69).

Plaintiff has now filed an objection to my order, ECF No. 60, which stayed discovery. (ECF No. 70). Defendant has filed a motion for relief from judgment. (ECF No.76). In these circumstances, I have determined that my decisions on these four discovery motions must be deferred until after Judge Dorsey has decided the objection and motion for relief from judgment.

Accordingly, I HEREBY DIRECT The Clerk of Court to administratively remove discovery motions ECF Nos. 77, 78, 79 and 80 from the list of undecided motions on this docket until ECF Nos. 70 and 76 are decided. I will address the discovery motions, as currently briefed, after Judge Dorsey decides the objection and dispositive motion.

DATED this 5th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE