# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GREGORY KELLY,<br><br>        Plaintiff,<br><br>vs.<br><br>JODY MARIE CUOMO,<br><br>        Defendant. | 2:18-cv-00923-JAD-VCF<br>**ORDER** |

This matter has been referred to the undersigned to handle pretrial matters. *See* ECF No. 110.

Accordingly,

IT IS ORDERED that an in-person hearing is SCHEDULED for 2:00 PM, October 12, 2023, in Courtroom 3D.

DATED this 5th day of October 2023.

                                                                CAM FERENBACH<br>
                                                                UNITED STATES MAGISTRATE JUDGE