# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Gregory Kelly,

             Plaintiff(s),

vs.


Jody Marie Cuomo,

             Defendant(s).

2:18-cv-00923-JAD-MDC

**ORDER**

The Court entered a discovery plan in this case, which outlined the parties' anticipated discovery within a period of 180 days, to be completed by March 3, 2025. *ECF No. 135*. Plaintiff did not seek an extension of the discovery plan. The Court notes that plaintiff is continuing to take discovery in this case. *ECF Nos. 150, 151, and 152*. Plaintiff has not provided any updates to the Court in over a year.

    **IT IS ORDERED that:**

1.  Plaintiff has until **March 30, 2026** to file a status report with the Court that outlines:

    a.  Whether plaintiff needs an extension on the previously entered discovery plan,

    b.  the discovery plaintiff has taken,

    c.  what additional discovery he needs,

    d.  plaintiff's anticipated timeline for completing the anticipated discovery, and

    e.  what date plaintiff believes the Court can anticipate closing this long-open case.

DATED:   February 27, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**